IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY FRITZ | : |
| | : |
| Plaintiff, | : |
| v. | : 3:14-CV-1726 |
| | : (JUDGE MARIANI) |
| LOWER NAZARETH TARGET, | : |
| d/b/a TARGET and/or TARGET | : |
| CORPORATION, d/b/a TARGET | : |
| and/or JORDAN BARSKI | : |
| | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 24th DAY OF MARCH, 2017, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 33), Plaintiff Holly Fritz's Objections thereto (Doc. 34), the "Motion for Summary Judgment of Defendants, Lower Nazareth Target, d/b/a Target and/or Target Corporation, d/b/a Target and/or Jordan Barski" (Doc. 26), and all supporting and opposing documents, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff Fritz's Objections are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion. Additionally, Plaintiff's request that this Court "not consider the recommendation in the report with respect to Defendant's Motion for Summary Judgment being granted unless and/or until Magistrate Judge Carlson has had an opportunity to reconsider this recommendation based, at least in part, on this objection" (Doc. 34, at ¶ 17) is **DENIED**. The Magistrate Judge thoroughly reviewed the relevant law in this case and applied it to the specific facts

set forth by the Defendants and Plaintiff. The Plaintiff has set forth no reason or pointed to any significant error which would persuade this Court that the Magistrate Judge should be tasked with reviewing his own R&R and issuing a second recommendation. Plaintiff's request would merely prolong the resolution of Defendants' motion and frustrate the purpose of providing a party the opportunity to file Objections with the District Court and be able to obtain "a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made" (M.D.Pa. L.R. 72.3) from this Court.

2. The Report and Recommendation (Doc. 33) is **ADOPTED** for the reasons set forth therein as well as those set forth in the accompanying memorandum opinion.

3. The "Motion for Summary Judgment of Defendants, Lower Nazareth Target, d/b/a Target and/or Target Corporation, d/b/a Target and/or Jordan Barski" (Doc. 26) is **GRANTED**.

4. Judgment is hereby entered **IN FAVOR OF** Defendants Lower Nazareth Target, d/b/a Target and/or Target Corporation, d/b/a Target and/or Jordan Barski and **AGAINST** Plaintiff Holly Fritz.

5. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge